Exhibit 105 to the Amended Complaint is resubmitted to resolve a technical error.