IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 1:16-cv-02735-CBS

CYCLONE RANCH, LLC and CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP,

    Plaintiffs,

v.

UNITED STATES OF AMERICA and the
UNITED STATES FOREST SERVICE,

    Defendants.

---

CERTIFICATION PURSUANT TO 28 U.S.C. § 636(c)(1) and

ORDER OF REFERRAL

---

**THIS MATTER** appears before me *sua sponte* in my capacity as the Chief Judge of the United States District Court for the District of Colorado upon the unavailability of United States Magistrate Judge Shaffer who is currently presiding over this matter. The parties have docketed their unanimous consent to disposition of the above action by a United States Magistrate Judge, in accordance with 28 U.S.C. § 636(c)(1) (ECF No. 21).

Pursuant to 28 U.S.C. § 636(c)(1), a part-time magistrate judge may exercise consent jurisdiction upon the consent of the parties, pursuant to their specific written request, with a certification by the chief judge of the district that a full-time magistrate judge is not reasonably available in accordance with guidelines established by the judicial council of the circuit.

In accordance with the Tenth Circuit Judicial Council Guidelines for Trial of Civil Cases by Part-Time Magistrate Judges, adopted on December 3, 1998, I certify the following:

1. That no full-time magistrate judge is stationed at or within a reasonable distance of Grand Junction; the designated place of trial in this case; and

2. That trial of this case by Magistrate Judge Gallagher, the part-time magistrate judge located in Grand Junction, will not interfere unduly with Judge Gallagher's other duties or create a conflict of interest or appearance of impropriety.

It is hereby ORDERED that the above action is hereby referred for final disposition to the United States Magistrate Judge currently assigned to the case pursuant to 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73 Magistrate Judge Gallagher shall conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment; and

It is further ORDERED that the parties and the Clerk of Court are DIRECTED to use the following case number for all future filings in this action: 16-cv-2735-GPG.

Dated this 8th day of November, 2017.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge