# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CYCLONE RANCH, LLC and CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP, | Case No. 1:16-cv-2735-GPG |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| UNITED STATES OF AMERICA and the UNITED STATES FOREST SERVICE, | |
| Defendants. | |

In accordance with the Court's June 16, 2017 order (ECF No. 33), the parties hereby report that they are working together to finalize settlement documents. Once the documents are finalized, Plaintiffs' counsel will seek approval from her clients and Defendants' counsel will seek approval of the settlement from the appropriate supervisory officials at the Department of Justice and Department of Agriculture. The parties believe that the stay should be continued.

Respectfully submitted on this 3rd day of January, 2018.

*/s/ Karen L. Henderson (with permission)*
Karen L. Henderson (CO#39137)
Corina A. Hach (CO#47783)
Porzak Browning & Bushong LLP
2120 13th Street
Boulder, CO 80302
Telephone: 303-443-6800
Facsimile: 303-443-6864
Email: khenderson@pbblaw.com
      chach@pbblaw.com

ROBERT C. TROYER
Acting United States Attorney,
District of Colorado

JEFFREY H. WOOD
Acting Assistant Attorney General,
Environment and Natural Resources Division

*is/ John P. Tustin*
JOHN P. TUSTIN (TX#24056453)
Trial Attorney
Natural Resources Section

*Attorneys for Plaintiffs, Cyclone Ranch, LLC and Cross Mountain Ranch Limited Partnership*

P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0506
Email: john.tustin@usdoj.gov

*Attorneys for the United States of America and the United States Forest Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

CORINA AMES HACH
chach@pbblaw.com

KAREN LEIGH HENDERSON
khenderson@pbblaw.com

*Attorneys for Plaintiffs*

                                              */s/  John P. Tustin*
                                              JOHN P. TUSTIN
                                              *Attorney for Federal Defendants*