**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CYCLONE RANCH, LLC and CROSS MOUNTAIN RANCH LIMITED PARTNERSHIP,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA and the )<br>UNITED STATES FOREST SERVICE,  )<br>)<br>Defendants.  )<br>) | Case No. 1:16-cv-2735-GPG<br><br><br><br>**NOTICE OF WITHDRAWAL**<br>**OF CO-COUNSEL** |

    PLEASE TAKE NOTICE that Corina A. Hach is no longer with the law firm of Porzak Browning & Bushong LLP and should be withdrawn as co-counsel of record for Plaintiffs, Cyclone Ranch, LLC and Cross Mountain Ranch Limited Partnership. Karen L. Henderson shall continue as counsel of record for the Plaintiffs.

    Respectfully submitted on this 6th day of July, 2018.

                                     *s/ Karen L. Henderson*
                                     Karen L. Henderson
                                     Porzak Browning & Bushong LLP
                                     2120 13th Street
                                     Boulder, CO 80302
                                     Telephone: 303-443-6800
                                     Facsimile: 303-443-6864
                                     Email: khenderson@pbblaw.com

                                     *Attorneys for Plaintiffs, Cyclone Ranch, LLC and*
                                     *Cross Mountain Ranch Limited Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

John P. Tustin: john.tustin@usdoj.gov

                                        *s/ Karen L. Henderson*
                                        Karen L. Henderson (CO#39137)
                                        Porzak Browning & Bushong LLP
                                        2120 13th Street
                                        Boulder, CO 80302
                                        Telephone: 303-443-6800
                                        Facsimile: 303-443-6864
                                        Email: khenderson@pbblaw.com